Lewis J. Feynman, Respondent, v. Samuel Goldberg, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Norman R. Hilderbrandt, Respondent, v. George Seitz, Appellant, Impleaded with Josiah B. Tisdale and Others, Respondents, and Others. — Order of the County Court of Queens county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

In the Matter of the Probate of the Last Will and Testament of John J. Reynolds, Deceased. Margaret C. Lawrence, Appellant; Hugh F. Reynolds and Margaret Reynolds, Respondents.— Decree of the Surrogate's Court of Queens county reversed and issues ordered to be tried by a jury, with costs of the appeal to abide the event of the new trial, payable out of the estate, on the authority of *Matter of Tompkins* (69 App. Div. 474) and *Matter of Richardson* (137 id. 103). Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred. Order to be settled before Mr. Justice Thomas.

The Long Island Railroad Company, Respondent, v. Mary T. Mulry and Others, Appellants.— Judgment reversed and new trial granted, costs to abide the final award of costs, on the authority of *Scheer* v. *Long Island R. R. Co.* (127 App. Div. 267). Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Michael Mannion, Respondent, v. Edward G. Vail, Jr., Appellant.— Judgment and order of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Frank Palmeso, an Infant, by Giuseppe Palmeso, His Guardian ad Litem, Respondent, v. Edwin D. Morgan, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.